**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan HEREDIA–PANTALEON,
Defendant–Appellant.**

**No. 13–50058.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 30, 2013.

Peter Ko, Bruce R. Castetter, Office of
the U.S. Attorney, San Diego, CA, for
Plaintiff–Appellee.

Clare Lemon, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and
GRABER, Circuit Judges.

MEMORANDUM **

Juan Heredia–Pantaleon appeals from
the district court's judgment and challenges the 18–month sentence imposed following his guilty-plea conviction for being
a removed alien found in the United
States, in violation of 8 U.S.C. § 1326. We
have jurisdiction under 28 U.S.C. § 1291,
and we affirm.

Heredia–Pantaleon contends that his
within-Guidelines sentence is substantively

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

unreasonable in light of his personal characteristics, cultural ties to the United
States, and criminal history. The district
court did not abuse its discretion in imposing Heredia–Pantaleon's sentence. *See
Gall v. United States*, 552 U.S. 38, 51, 128
S.Ct. 586, 169 L.Ed.2d 445 (2007). The
sentence is substantively reasonable in
light of the 18 U.S.C. § 3553(a) sentencing
factors and the totality of the circumstances. *See id.*

**AFFIRMED.**